McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 202-307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Civil No. 2:04-CV-2412 LKK KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| SCOTT CHRISTOPHER SIMPSON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Judgment is entered in favor of the United States of America and against defendant Scott Christopher Simpson in accordance with the Order entered January 3, 2005, which states:

**IT IS HEREBY ORDERED THAT** the UCC-1 Financing Statement, document 0225460004, (the "Financing Statement") filed September 9, 2002, with the California Secretary of State by Scott C. Simpson is null, void, and of no legal effect.

**IT IS FURTHER ORDERED THAT** Scott C. Simpson is permanently enjoined from filing any document or instrument which purports to create any nonconsensual lien or encumbrance against the person or property of any employee or officer of the United States.

The Court retains jurisdiction to enforce the injunction set forth in the Order.

Dated: October 19, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT